UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

295418

IN RE:  
OLEG KOZAVCHINSKY  
MARGARITA KOZAVCHINSKY

CASE NO.   11-19992-BKC-AJC



CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 12,445.30  remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $      .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

       Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

       WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:  JUN 1 2 2012

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

OLEG KOZAVCHINSKY  
MARGARITA KOZAVCHINSKY  
1940 NE 186 DR  
MIAMI, FL 33179

C. DAVID TANGORA, ESQUIRE  
200 SE 18 COURT  
FT LAUDERDALE, FL 33316

PNC MORTGAGE  
ATTN:BKCY DEPT  
3232 NEWMARK DR  
MIAMISBURG, OH 45342

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                   CASE NO.  11-19992-BKC-AJC
OLEG KOZAVCHINSKY
MARGARITA KOZAVCHINSKY

                                         CHAPTER 13

OLEG KOZAVCHINSKY
MARGARITA KOZAVCHINSKY
1940 NE 186 DR
MIAMI, FL 33179


C. DAVID TANGORA, ESQUIRE
200 SE 18 COURT
FT LAUDERDALE, FL 33316


PNC MORTGAGE                   ---------$      12,445.30
ATTN:BKCY DEPT                                 **RETURNED FROM CREDITOR**
3232 NEWMARK DR                                **BECAUSE CASE DISMISSED**
MIAMISBURG, OH 45342                           **CLAIM REGISTER # 5**

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130